No. 84–5106.   HUMPHREY v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–5107.   FUSI v. BROOKLYN CENTER SCHOOL DISTRICT No. 286.   C. A. 8th Cir.   Certiorari denied.

No. 84–5111.   STUMP v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–5112.   WASHINGTON v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 84–5113.   CREWS v. PETROSKY, CLERK OF COURTS, WASHINGTON COUNTY, PENNSYLVANIA, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 84–5114.   MARTINEZ ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 84–5115.   BURGETT v. OHIO.   Ct. App. Ohio, Lorain County.   Certiorari denied.

No. 84–5117.   SMITH v. NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 84–5118.   ECHOLS v. MICHIGAN CIVIL RIGHTS COMMISSION ET AL.   Ct. App. Mich.   Certiorari denied.

No. 84–5121.   BECKETT v. HOLLAND, WARDEN.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 84–5122.   TORRES ET AL. v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 84–5124.   HARRIS v. REES, SUPERINTENDENT, KENTUCKY STATE REFORMATORY, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–5127.   FORRESTER v. UNITED STATES AIR FORCE. C. A. D. C. Cir.   Certiorari denied.

No. 84–5128.   FERRARA v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.